| | |
|---|---|
| 1 | BRIAN C. SHAPIRO |
| | ATTORNEY AT LAW: 192789 |
| 2 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| | 12631 EAST IMPERIAL HIGHWAY, SUITE C-115 |
| 3 | SANTA FE SPRINGS, CALIFORNIA 90670-4756 |
| | TEL: 562/868-5886 |
| 4 | FAX: 562/868-5491 |
| | Email: brian_rohlfing.office@speakeasy.net |

Attorney for DEBRA A. BRUNTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBRA A. BRUNTON, | ) | No. 1:08-CV-01565 DLB |
| Plaintiff, | ) | STIPULATION TO DISMISSAL |
| v. | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/her own costs and expenses.

///
///
///
///
///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: March 30, 2009 | | LAW OFFICES OF LAWRENCE D. ROHLFING |

*/s/ - Brian C. Shapiro*

_____
BRIAN C. SHAPIRO
Attorney for DEBRA A. BRUNTON

DATED:  March 30, 2009    LAWRENCE G. BROWN
Acting United States Attorney


　　　　*-*Sarah Ryan*
_____
SARAH RYAN
SPECIAL ASSISTANT AUSA
Attorney for Defendant
[*By via email authorization on 3/30/09]

| | |
|---|---|
| 1 | |
| 2 |      IT IS HEREBY ORDERED, based on the stipulation by and between the |
| 3 | parties, through their respective counsel, that the court dismisses the above matter |
| 4 | without prejudice. Each side to bear his/her own costs and expenses, including but |
| 5 | not limited to attorney's fees. |
| 6 |      IT IS SO ORDERED. |
| 7 | DATE:3/31/2009 |

```
                    _/s/ OLIVER W WANGER_____
                    OLIVER W. WANGER
                    UNITED STATES DISTRICT JUDGE
```

PDF created with pdfFactory trial version www.pdffactory.com